# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ROBERT SWINEY, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>FRITZ MANAGEMENT, LLC and DOES 1 to 25,<br><br>Defendant. | Civil Action No. 3:23-cv-2674 |

## NOTICE OF SETTLEMENT

Plaintiff Robert Swiney hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Fritz Management, LLC. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: February 25, 2025                     Respectfully Submitted,

                                             /s/ Benjamin J. Sweet
                                             Benjamin J. Sweet
                                             ben@nshmlaw.com
                                             **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                             101 Pennsylvania Boulevard, Suite 2
                                             Pittsburgh, Pennsylvania 15228
                                             Phone: (412) 857-5350

                                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 25th day of February, 2025.

                                            */s/ Benjamin J. Sweet*
                                               Benjamin J. Sweet